**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER AND NOTICE OF INTENT TO DISMISS FOR WANT OF PROSECUTION

Appellate case name:          Zsolt Petko and Zsuzsanna Adam v. Carelton Courtyard

Appellate case number:     01-17-00918-CV

Trial court case number:    CV-0077741

Trial court:                          County Court at Law No. 2 of Galveston County

On November 30, 2017, appellants, Zsolt Petko and Zsuzsanna Adam, proceeding pro se, filed a notice of appeal in the trial court from the final judgment signed on November 1, 2017, in this real property case. Because the clerk's record had not been timely filed due to appellants' failure to pay for it, the Clerk of this Court's January 10, 2018 notice warned appellants that, unless they provided evidence of payment for the $150.00 clerk's record fee by February 9, 2018, this appeal can be dismissed without further notice. *See* TEX. R. APP. P. 37.3(b), 42.3(b). Similarly, because appellants had also not paid for the reporter's record fee, the Clerk of this Court's January 10, 2018 notice warned appellants that, unless they provided evidence of payment for the reporter's record fee by February 9, 2018, this Court may require appellants to file their brief and this Court may decide this appeal without that record. *See id.* 37.3(c).

On January 26, 2018, appellants filed a response to the Clerk of this Court stating that they had already paid in full the "Clerk's Fee" and "Court Reporter Fee" on December 14, 2017, and included a receipt of payment of various fees totaling $252.00. Appellants requested an explanation why they were threatened with "dismissal of our case if we do not pay more money for the same bill we already paid in full." However, according to the county clerk's website, a Bill of Costs was filed on December 14, 2017, indicating that the $252.00 that appellants paid on that date included a $40.00 "Clerk Fee" and $15.00 "Court Reporter Fee" that are part of the standard list of fees due at the time of filing any civil suit in the county court, but that the $150.00 fee for the "Appeal Record Fee" for filing the clerk's record in this case was still due. Thus, on January 29, 2018, the county clerk filed a Second Notice in this Court stating that appellants still owe the $150.00 fee for filing the Clerk's Appellate Record.

Accordingly, appellants are **ORDERED** to pay the **$150.00 clerk's record fee** to the county clerk and file evidence with the Clerk of this Court of payment or arrangements to pay those fees **within 30 days** of the date of this Order **or this appeal may be dismissed without further notice**. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c). In addition, appellants are further **ORDERED** to contact the court reporter, Courtney Mogford, to request and arrange payment for the reporter's record fee, or file a response stating that appellants do not want that record, **within 30 days** of the date of this Order or this Court may require appellants to file their brief and this Court may decide this appeal without that record, provided that the clerk's record fee has been paid and that record has been filed. *See id.* 37.3(c).

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley

☑ Acting individually   ☐ Acting for the Court

Date: February 15, 2018